## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **PANAYIOTA PENNIE KYRIAKIDIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Civil No.   20-CV-197-MAB** |
| | ) | |
| **COMMISSIONER of SOCIAL** | ) | |
| **SECURITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

### JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.**

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Order entered on [DATE], by United States Magistrate Judge Mark A. Beatty (Doc. 20), the Commissioner's final decision denying Plaintiff's application for social security disability benefits is **REVERSED** and **REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

Judgment is entered in favor of Plaintiff Panayiota Pennie Kyriakidis and against Defendant Commissioner of Social Security.

DATED: October 15, 2020

**MARGARET M. ROBERTIE,**
**Clerk of Court**

BY:   s//Angie Vehlewald
    **Deputy Clerk**

APPROVED:  /s/ Mark A. Beatty
    **MARK A. BEATTY**
    **United States Magistrate Judge**

Page **1** of **1**